TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor:        JORGE I HERNANDEZ

Number:        21-03661-MM7

Hearing:        10:00 AM   Thursday, July   7, 2022

Motion:        HEARING ON SUBMISSION OF ORDER ON NONCONTESTED
MOTION FOR RELIEF FROM AUTOMATIC STAY, RS # AP-1 FILED BY U.S. BANK
TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST
2019-GS5

Off calendar.   Motion has been withdrawn.   Attorney's guideline fees are awarded.
Appearances are excused.