# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | JORGE I HERNANDEZ |
| **Case Number:** | 21-03661-MM7   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JULY 07, 2022 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | NO REPORTER PRESENT |

### Matter:

HEARING ON SUBMISSION OF ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY, RS # AP-1 FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2019-GS5

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling as issued is the Order of the Court.  Appearances excused at hearing held on 7/7/22.